IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN HASCALL,

           Plaintiff,

v.

AB PAC (d/b/a "American Bridge"),

           Defendant.

Civil Action No. 1:24-cv-2366-JEB

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant, AB PAC, certify that to the best of my knowledge and belief, AB PAC has no parent companies, subsidiaries, or affiliates which own at least 10% of the stock of AB PAC which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 10, 2024				Respectfully submitted,

**ELIAS LAW GROUP LLP**

<u>*/s/ Elena A. Rodriguez Armenta*</u>
Elena A. Rodriguez Armenta
(D.C. Bar No. 90018798)
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
erodriguezarmenta@elias.law


William B. Stafford (pro hac vice forthcoming)
Lindsay McAleer (pro hac vice forthcoming)
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0176
Facsimile: (206) 656-0180
bstafford@elias.law
lmcaleer@elias.law

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on the Defendant in accordance with Federal Rule of Civil Procedure 5(a).

*/s/ Elena A. Rodriguez Armenta*
Elena A. Rodriguez Armenta