UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN HASCALL,<br><br>    Plaintiff,<br><br>    v.<br><br>AB PAC, d/b/a AMERICAN BRIDGE,<br><br>    Defendant. | Civil Action No. 24-2366 (JEB) |

**SCHEDULING ORDER**

Pursuant to the Scheduling Conference held October 10, 2024, and the Joint Rule 16.3 Report submitted by the parties, the Court ORDERS that the following schedule shall govern further proceedings:

1. Initial disclosures shall be exchanged by November 22, 2024;

2. Motions to amend the pleadings or for joinder of additional parties shall be filed by December 9, 2024;

3. Discovery shall close on May 21, 2025;

4. A post-discovery status hearing is scheduled for May 22, 2025, at 10:00 a.m. via Zoom;

5. No discovery motions may be filed without leave of court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3300, at which time the Court will either rule on the issue or determine the manner in which it will be handled; and

6. Parties may not extend any deadline by stipulation; instead, parties must seek extensions

by motion.  Consent motions are generally looked upon with favor by the Court.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: October 10, 2024