**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SUSAN HASCALL,

Plaintiff,

v.

AB PAC (d/b/a/ "American Bridge"),

Defendant.

Civil Action No.: 1:24-cv-2366-JEB

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Susan Hascall and Defendant AB PAC, by and through their respective counsel, hereby stipulate and request that the above-captioned case be dismissed in its entirety *with prejudice*, with each party to bear their own costs.

Dated: August 18 , 2025

//

//

//

//

//

//

//

//

Respectfully submitted,

/s/ Tiffany Joseph Goodson
Tiffany Joseph Goodson
DC Bar # 481878
HKM Employment Attorneys LLP
1325 G Street NW, Suite 558
Washington, DC 20005
Phone: (202) 919-5952
Fax: (202) 919-5952
E-mail: tjosephgoodson@hkm.com

*Counsel for Plaintiff*

/s/ Tina Meng Morrison
Tina Meng Morrison
(D.C. Bar # 1741090)
Elias Law Group, LLP
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4592
Facsimile: (202) 312-5904
tmengmorrison@elias.law

William B. Stafford (admitted pro hac vice)
Lindsay McAleer (admitted pro hac vice)
Elias Law Group, LLP
1700 Seventh Ave., Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0176
Facsimile: (206) 656-0180
bstafford@elias.law
lmcaleer@elias.law

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August 2025, I filed the foregoing through the CM/ECF System and a true and correct copy will be sent electronically to all counsel of record.

/s/ Tiffany Joseph Goodson
Tiffany Joseph Goodson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

SUSAN HASCALL,

Plaintiff,

v.

AB PAC (d/b/a/ "American Bridge"),

Defendant.

Civil Action No.: 1:24-cv-2366-JEB

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, with each party bearing that party's own costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: ___________________

_______________________________
The Honorable James E. Boasberg
United States District Court Judge